| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Weinstein, Jack B. | 2. Court or Organization USDC-Eastern District of New York | 3. Date of Report 04/21/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior United States District Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☐ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |
| 7. Chambers or Office Address 225 Cadman Plaza East Brooklyn, N.Y. 11201 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | TIAA Retirement Plans |
| 2. 1998 | New York State Retirement Plans |
| 3. 2000 | New York State savings Plan Schooling (2) |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 05/31/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | TeachersIns & Annuity Pensions | $16,905.00 |
| 2. 2017 | NY State Retirements System Pension | $9,411.00 |
| 3. 2017 | Judicial Retiree & Survivors | $199,590.00 |
| 4. 2017 | Royalties Foundation Press | $1,278.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase | Credit Card | J |
| 2. Wells Fargo | Credit Card | J |
| 3. Wells Fargo | Secured Loan | N |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 05/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Standard Bank Deposit | A | Interest | J | T | | | | | |
| 2. American Express Bk 3/18/19 | A | Interest | J | T | | | | | |
| 3. Amtrust Finl Pfd Services Ser D Per MTY | B | Dividend | J | T | | | | | |
| 4. Anglogold Holdings PLC due 4/15/20 | B | Interest | K | T | | | | | |
| 5. Allianz Agic Income & Growth FD Class C | A | Dividend | K | T | Buy | 02/23/18 | K | | |
| 6. Assured Guaranty US Hldg Sr Note Due 07/01/24 | A | Interest | J | T | | | | | |
| 7. Blackrock Health Sciences Trust | A | Dividend | J | T | Buy | 08/16/18 | J | | |
| 8. Blackrock Science & Technology TR | A | Dividend | K | T | Buy | 06/01/18 | K | | |
| 9. Buckeye Partners lp-due 8/15/19 | B | Interest | K | T | | | | | |
| 10. Conocophillips | | None | | | Sold | 01/03/18 | K | A | |
| 11. Entergy Corp due 09/15/20 | A | Interest | J | T | | | | | |
| 12. Federated Income SECS | A | Dividend | K | T | | | | | |
| 13. First TR Value Line | B | Dividend | K | T | | | | | |
| 14. Franklin Income FD Long) | A | Dividend | J | T | Sold (part) | 01/03/18 | K | A | |
| 15. Franklin Income FD (Short) | A | Dividend | J | T | Sold (part) | 02/23/18 | K | A | |
| 16. Glaxosmithkline PLC_ADR | A | Dividend | | | Sold | 06/01/18 | K | A | |
| 17. Goldman Sachs Group Inc Notes Medium Terms Notes due 08/15/27 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 05/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Goodyear Tire & Rubber Company GTD due 05/31/26 | A | Interest | J | T | | | | | |
| 19. | Hometrust Bank clyde nc 8/26/21 | A | Interest | K | T | | | | | |
| 20. | Janus Invt FD Henderson Global Equity | B | Dividend | K | T | Buy | 02/23/18 | K | | |
| 21. | Mainstay High Yield Corp Bond FD CL C | B | Dividend | K | T | | | | | |
| 22. | Metlife Inc - 8/15/18 | A | Interest | | | Sold | 08/16/18 | J | A | |
| 23. | Nuveen Invt Fds Inc Real Asset Income FD CI C | A | Dividend | K | T | | | | | |
| 24. | Oppenheimer Funds Stellpath MLP Alpha FD (Long Term) | A | Dividend | | | Sold | 01/13/18 | K | A | |
| 25. | Oppenheimer Funds Stellpath MLP Alpha FD (Long Term) | A | Dividend | | | Sold | 02/23/18 | K | A | |
| 26. | Oppenheimer Funds Stellpath MLP Alpha FD (Short Term) | | None | | | Sold | 02/23/18 | J | A | |
| 27. | Pimco Income (1,655,629shs) | B | Dividend | K | T | Sold<br>(part) | 08/16/18 | J | A | |
| 28. | Pioneer SER TR IV Multi Asset Income FD | A | Dividend | K | T | | | | | |
| 29. | Principal Global DIV Income Fd | A | Dividend | K | T | | | | | |
| 30. | Proshares TR S&P Midcap | A | Dividend | J | T | | | | | |
| 31. | Proshares TR Russell2000 Divid | A | Dividend | J | T | Buy | 08/16/18 | J | | |
| 32. | Public Storage PFD PERP SER C Cum - 05/17/21 | B | Dividend | K | T | Sold<br>(part) | 08/16/18 | K | A | |
| 33. | Putnam Diversified Income TR SBI CL C | B | Dividend | K | T | Sold<br>(part) | 10/19/18 | J | A | |
| 34. | Raymond James Financial Senior note due 04/01/24 | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weinstein, Jack B.** | 05/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Time Warner Cable Inc due 2/1/20- Previously 8/15/19 | A | Interest | J | T | | | | | |
| 36. Verizon Communications COM | B | Dividend | K | T | Sold (part) | 06/01/18 | J | A | |
| 37. Standard bank deposit | A | Interest | J | T | | | | | |
| 38. Alcoa Inc | B | Interest | K | T | | | | | |
| 39. Amherst NY Dev Corp Stdnt Hsg Fac Rev UBF due 10/1/30 | A | Interest | K | T | | | | | |
| 40. A T & T Inc | B | Dividend | J | T | Buy | 01/08/18 | K | | |
| 41. Blackrock Health Sciences Trust | A | Dividend | K | T | Buy | 08/02/18 | J | | |
| 42. Blackstone Group LP/THE | B | Dividend | J | T | Buy | 04/10/18 | J | | |
| 43. Blackstone Group LP/THE | B | Dividend | J | T | Buy | 04/10/18 | J | | |
| 44. Blackstone Group LP/THE | B | Dividend | J | T | Buy | 07/03/18 | J | | |
| 45. Buffalo NY Fiscal Stability Auth 9/1/21 | A | Interest | J | T | | | | | |
| 46. First TR Value Line FVD | A | Dividend | J | T | | | | | |
| 47. First TR Value Line FVD | A | Dividend | J | T | | | | | |
| 48. First TR Value Line FVD | A | Dividend | J | T | | | | | |
| 49. First TR Value Line FVD | A | Dividend | K | T | Buy | 01/08/18 | K | | |
| 50. General Electric Company | A | Dividend | J | T | Buy | 01/09/18 | J | | |
| 51. Goldlman Sachs BK USA due 1/14/19 | | None | | | Sold | 09/05/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Goldman Sachs BK USA due 1/14/19 | | None | | | Sold | 09/13/18 | K | A | |
| 53. Long Island Power Authority NY 05/1/38 | A | Interest | K | T | | | | | |
| 54. Metropolitan Transit Auth NY Rev RFDG Ser D due 11/15/32 | A | Interest | J | T | | | | | |
| 55. Metropolitan Transit Auth NY Rev for Issues due 11/15/32 | A | Interest | K | T | | | | | |
| 56. Metropolitan Transit Auth due 11/15/38 | A | Interest | K | T | | | | | |
| 57. Metropolitan Transit Auth due 11/15/43 | A | Interest | K | T | | | | | |
| 58. Metropolitan Transit Auth NY Rev due 11/15/43 | A | Interest | J | T | | | | | |
| 59. Nassau Cnty NY Gen Impt Ser B due 04/01/43 | A | Interest | J | T | | | | | |
| 60. New York St Dorm Au Memorial Sloan 07/01/24 | | None | | | Sold | 07/02/18 | J | A | |
| 61. New York St Dorm Au Pers Income 12/15/26 | | None | | | Sold | 10/15/18 | K | A | |
| 62. New York St Twy Auth Gen Rev Jr Indbt obligs due 1/1/37 | A | Interest | K | T | | | | | |
| 63. New York St Urban dev corp rev st Pers Income due 3/15/36 | A | Interest | K | T | | | | | |
| 64. NYC Transitional Fin due 7/15/37 | B | Interest | K | T | | | | | |
| 65. NYC TR Cultural Res Rev due 4/1/31 | A | Interest | J | T | | | | | |
| 66. NYC TR Cultural res rev RFDG Alvin Ailey Dance fdtn due 7/1/33 | A | Interest | J | T | | | | | |
| 67. NY NYC Mun Wtr fin auth Wtr Swr Sys due 6/15/33 | A | Interest | K | T | | | | | |
| 68. NYS 34 Dorm Auth Revs Non St Supported debt due 10/1/33 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 05/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | NYS Dorm auth st pers inc tax rev due 12/15/34 | A | Interest | K | T | | | | | |
| 70. | NYS Dorm Auth St Pers Income Tax Rev due 2/15/35 | A | Interest | K | T | | | | | |
| 71. | NYT NYC Transitional Fin Auth Bldg due 1/15/31 | B | Interest | K | T | | | | | |
| 72. | NYS Environmental FCS Corp due 6/15/33 | | None | | | Sold | 08/02/18 | K | A | |
| 73. | Oppenheimer Ultra | A | Dividend | K | T | | | | | |
| 74. | Port Auth NY & NJ Cons 160 1st rev due 10/15/31 | A | Interest | K | T | | | | | |
| 75. | Port Auth NY & NJ Cons 180 3rd rev due 12/15/36 | A | Interest | J | T | | | | | |
| 76. | Proshares S&P 500 Dividend A | A | Dividend | K | T | | | | | |
| 77. | Proshares Tr S&P Midcap 400 Divid | A | Dividend | K | T | | | | | |
| 78. | Proshares Tr Russell 2000 Divid | A | Dividend | K | T | | | | | |
| 79. | Sector SPDR TR | A | Dividend | J | T | Buy | 01/08/18 | J | | |
| 80. | Sector SPDR TR | | None | | | Sold (part) | 10/15/18 | J | A | |
| 81. | SPDR Bloomberg | A | Dividend | J | T | Buy | 07/05/18 | J | | |
| 82. | Triborough Brdg & Tunl Auth NY Revs Gen Ser A due 11/15/42 | A | Interest | J | T | | | | | |
| 83. | Standard Bank Deposit | A | Interest | K | T | | | | | |
| 84. | Standard Bank Deposit | A | Interest | J | T | | | | | |
| 85. | 3M Co | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weinstein, Jack B.** | 05/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Abbott Laboratories ABT | A | Dividend | J | T | | | | | |
| 87.  Accenture PLC Ireland Shares Class A | A | Dividend | J | T | | | | | |
| 88.  AFLAC Inc | A | Dividend | J | T | | | | | |
| 89.  Air Products & Chemicals Inc | A | Dividend | J | T | | | | | |
| 90.  American Tower Corp REIT | A | Dividend | J | T | | | | | |
| 91.  American Water Works Co Inc AWK | A | Dividend | J | T | Buy | 06/12/18 | J | | |
| 92.  Amerisourcebergen Corp ABC | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 93.  Amgen Inc | A | Dividend | J | T | | | | | |
| 94.  Analog Devices Inc | A | Dividend | J | T | | | | | |
| 95.  Apple Inc | A | Dividend | J | T | Buy | 12/07/18 | J | | |
| 96.  AptarGroup Inc | A | Dividend | | | Sold | 06/12/18 | J | A | |
| 97.  AT&T Inc | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 98.  Automatic Data Processing | A | Dividend | J | T | | | | | |
| 99.  Becton Dickinson & Co | A | Dividend | J | T | | | | | |
| 100.  Blackrock Inc | A | Dividend | J | T | | | | | |
| 101.  Broadridge Financial Solutions | A | Dividend | J | T | | | | | |
| 102.  Brown and Brown Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weinstein, Jack B.** | 05/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Brown-Forman Corp CL B | A | Dividend | J | T | | | | | |
| 104. Chubb LTD | A | Dividend | J | T | | | | | |
| 105. Cisco Systems Inc | A | Dividend | J | T | | | | | |
| 106. Clorox Company | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 107. CMS Energy Corp CMS | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 108. Colgate-Palmolive Co | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 109. Comcast Corp New CL A | A | Dividend | J | T | | | | | |
| 110. Commerce Bancshares Inc | A | Dividend | J | T | | | | | |
| 111. Costco Whsl Corp New | A | Dividend | J | T | | | | | |
| 112. Crown Castle Intl Corp CCI | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 113. Disney Walt Company | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 114. Eaton Vance Corp Non VTG | A | Dividend | J | T | | | | | |
| 115. Ecolab Inc | A | Dividend | J | T | | | | | |
| 116. Edison Intl | A | Dividend | | | Sold | 02/27/18 | J | A | |
| 117. Emerson Electric Co | A | Dividend | J | T | | | | | |
| 118. Eversource Energy | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 119. Exxon Mobil Corp | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 05/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Factset Research Systems | A | Dividend | J | T | | | | | |
| 121. Federal Rlty Invt TR SBI REIT | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 122. General Mills Inc | A | Dividend | | | Sold | 02/27/18 | J | A | |
| 123. Genl Dynamics Corp | A | Dividend | J | T | | | | | |
| 124. Grainger W W Inc | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 125. Harris Corp Del | A | Dividend | J | T | | | | | |
| 126. Honeywell Intl Inc (11.00) | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 127. Honeywell Intl Inc (6.00) | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 128. Illinois Tool Works Inc | A | Dividend | J | T | | | | | |
| 129. Intl Business Machines Corp | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 130. J M Smucker Co | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 131. Jack Henry & Assoc Inc | A | Dividend | J | T | | | | | |
| 132. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 133. Kellogg Company | | None | | | Sold | 09/17/18 | J | A | |
| 134. Kimberly-Clark Corp | | None | J | T | Buy | 03/05/18 | J | | |
| 135. Kimberly -Clark Corp | A | Dividend | | | Sold | 09/17/18 | J | A | |
| 136. Lowes Companies Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weinstein, Jack B.** | 05/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. McCormick & Co Inc | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 138. McCormick & Co Inc | A | Dividend | J | T | Sold (part) | 12/07/18 | J | A | |
| 139. McDonalds Corp | A | Dividend | J | T | | | | | |
| 140. Medtronic PLC | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 141. Microsoft Corp | A | Dividend | J | T | Sold (part) | 12/07/18 | J | A | |
| 142. Mondelez Intl Inc | A | Dividend | J | T | Buy | 09/19/18 | J | | |
| 143. New Jersey Res Corp | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 144. Nextera Energy Inc | A | Dividend | J | T | | | | | |
| 145. Nike Inc Class B | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 146. Novartis AG SPON ADR | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 147. P P G Industries Inc | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 148. Paychex Inc | A | Dividend | J | T | | | | | |
| 149. Pepsico Incorporated | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 150. Phillips 66 | A | Dividend | J | T | | | | | |
| 151. Polaris INDS Inc | A | Dividend | J | T | | | | | |
| 152. Praxair Inc | A | Dividend | | | Sold | 10/29/18 | J | A | |
| 153. Proctor & Gamble Co | A | Dividend | J | T | Buy | 03/05/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weinstein, Jack B.** | 05/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. Realty Income Corp | A | Dividend | J | T | | | | | |
| 155. S&P Global Inc | A | Dividend | J | T | Buy | 10/19/18 | J | | |
| 156. South Jersey IND Inc | A | Dividend | | | Sold | 06/12/18 | J | A | |
| 157. Starbucks Corp | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 158. Stryker Corp | A | Dividend | J | T | | | | | |
| 159. Sysco Corporation | A | Dividend | J | T | | | | | |
| 160. T Rowe Price Group Inc | A | Dividend | J | T | | | | | |
| 161. Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 162. TJX Cos Inc New | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 163. United Parcel Service - B | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 164. United Technologies Corp | A | Dividend | J | T | | | | | |
| 165. UnitedHealth Group Inc | A | Dividend | J | T | Sold<br>(part) | 12/07/18 | J | A | |
| 166. V F Corporation | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 167. Verizon Communications | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 168. Versum Materials Inc | | None | | | Sold | 03/05/18 | J | A | |
| 169. Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 170. WEC Energy Group Inc | A | Dividend | J | T | Buy | 03/05/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weinstein, Jack B.** | 05/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  XCEL Energy Inc | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 172.  XYLEM Inc | A | Dividend | J | T | Buy | 10/19/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weinstein, Jack B.** | 05/31/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack B. Weinstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544